## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| OLIVER LEON ROGERS, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | CASE NO. 2:11-cv-02120-SHM -dkv |
| v. | § § | **CLASS ACTION** |
| FIRST TENNESSEE BANK, | § § | **JURY TRIAL DEMANDED** |
| Defendant.. | § | |

### NOTICE OF PENDING SETTLEMENT

COMES NOW Plaintiff, Oliver Leon Rogers, by and through undersigned counsel, and notifies this Honorable Court that the parties hereto have agreed to resolve this matter without further litigation and expect the terms of the settlement to be finalized within fourteen days. Once terms of the settlement are finalized, a stipulation of dismissal with prejudice will be entered.

Respectfully submitted,

**JOHNSON LAW GROUP**

By:  **/s/ Russell W. Lewis, IV**

RUSSELL W. LEWIS, IV (24570)
50 North Front Street, Suite 920
Memphis, Tennessee  38103
(901) 526-2254 (Telephone)
(901) 526-4640 (Facsimile)
e-mail:  rlewis@jounsonlawgroup.com

Michael C. Skouteris (17566)
**SKOUTERIS & MAGEE, PLLC**
50 North Front Street, Suite 920
Memphis, Tennessee  38103
(901) 526-2254 (Telephone)
(901) 526-4640 (Facsimile)
e-mail:  michaelskouteris@yahoo.com


**OF COUNSEL:**

Eric G. Calhoun, Esq.
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
(972) 934-4100 (Telephone)
(972) 934-4101 (Facsimile)
e-mail:  eric@travislaw.com

*Attorneys for Plaintiff and Proposed Class*
*Counsel*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April, 2012, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to all CM/ECF participants in this matter.


 **/s/ Russell W. Lewis, IV**
Russell W. Lewis, IV