# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OLIVER LEON ROGERS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) FIRST TENNESSEE BANK, ) ) Defendant. ) | No. 2:11-cv-02120-SHM-dkv <br><br> <u>CLASS ACTION</u> |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Oliver Leon Rogers and Defendant First Tennessee Bank National Association, by and through their undersigned counsel, and hereby stipulate that the above-captioned action should be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

Respectfully submitted,

s/ Robert F. Tom
Russell W. Lewis, IV (TN #24570)
JOHNSON LAW GROUP
50 North Front Street, Suite 920
Memphis, Tennessee 38103
(901) 526-2254 (Telephone)

Eric G. Calhoun
TRAVIS, CALHOUN & CONLON, P.C.
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
(972) 934-4100 (Telephone)

M RFT 2316194 v1
2100000-B10523  05/04/2012

Michael C. Skouteris
50 North Front Street, Suite 920
Memphis, Tennessee 38103
Telephone:  (901) 526-2254
Facsimile:  (901) 526-4640
e-mail:  michaelskouteris@bellsouth.net

*Attorneys for Plaintiff Oliver Leon Rogers*


s/ Robert F. Tom
R. Mark Glover (TN #6807)
Robert F. Tom (TN #26636)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN  38103
Telephone: 901.577.2159
Facsimile: 901.577.0818
mglover@bakerdonelson.com
rtom@bakerdonelson.com

Thomas M. Hefferon (*pro hac vice*)
Matthew Sheldon (*pro hac vice*)
Andrew S. Hudson (*pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue,  NW
Washington, DC  20009
Telephone: 202.346.4000
Facsimile: 202.346.4444
thefferon@goodwinprocter.com
msheldon@goodwinprocter.com
ahudson@goodwinprocter.com

*Attorneys for Defendant First Tennessee Bank National Association*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system this 4th day of May, 2012.

                                        s/ Robert F. Tom

M RFT 2316194 v1
2100000-B10523  05/04/2012