```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION

OLIVER LEON ROGERS, individually
and on behalf of all others
similarly situated,
                                    )
     Plaintiffs,                    )
                                    )
v.                                  )     No. 11-2120 Ma V
                                    )
FIRST TENNESSEE BANK,               )
                                    )
     Defendant.                     )
```

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' May 4, 2012 stipulation of dismissal with prejudice. (D.E. 38). For good cause shown, this case is DISMISSED WITH PREJUDICE with each party to bear its own fees and costs.

It is so ORDERED this 8th day of May, 2012.

                              s/Samuel H. Mays, Jr.
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE