UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OLIVER LEON ROGERS, individually and
on behalf of all others similarly
situated,

        Plaintiff,

V.                                  Cv. No. 11-2120-Ma

FIRST TENNESSEE BANK,

        Defendant.

# JUDGMENT

      Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Dismissing Case With Prejudice, docketed May 9, 2012.

**APPROVED:**

*S/ Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*May 9, 2012*                    THOMAS M. GOULD
DATE                           CLERK

                                      S/ *Jean Lee*
                                      (By) DEPUTY CLERK